MEMORANDUM OPINION




No. 04-08-00086-CR



IN RE Anthony HARRIS



Original Mandamus Proceeding (1)



PER CURIAM


Sitting: Catherine Stone, Justice

 Phylis J. Speedlin, Justice

 Steven C. Hilbig, Justice

 

Delivered and Filed: February 27, 2008


PETITION FOR WRIT OF MANDAMUS DENIED

 The court has considered relator's petition for a writ of mandamus and is of the opinion that
relief should be denied. See Tex. R. App. P. 52.8(a). Accordingly, relator's petition for a writ of
mandamus is denied. Relator's motion for leave to file the petition for writ of mandamus is denied
as moot. 

 PER CURIAM

DO NOT PUBLISH


1. This proceeding arises out of Cause No. 1991-CR-0085, styled State of Texas v. Anthony Harris, filed in the
186th Judicial District Court, Bexar County, Texas, the Honorable Maria Teresa Herr presiding.